*Ben D. Clower* and *Frank Bezoni* for petitioners.   *Mr. Robert Gerald Storey* for respondent.

No. 943.   COLLINS *v.* MOSHER ET AL.; and

No. 944.   LOUNT *v.* MOSHER ET AL.   May 26, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. John J. McCullough* for petitioners.   *Mr. J. L. Gust* for respondents. Reported below: 115 F. 2d 900, 903.

No. 945.   COLLINS ET AL. *v.* SOCONY-VACUUM OIL CO., INC.   May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hall Etter* for petitioners.   *Mr. Robert Eikel, Jr.* for respondent.

No. 947.   WHITE ET UX. *v.* THOMAS, COLLECTOR OF INTERNAL REVENUE.   May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Wm. A. Blakley* for petitioners.   *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth* for respondent.

No. 957.   CREEK NATION *v.* UNITED STATES.   May 26, 1941.   Petition for writ of certiorari to the Court of Claims denied.   *Messrs. Paul M. Niebell* and *W. W. Spalding* for petitioner.   *Solicitor General Biddle* and *Assistant Attorney General Littell* for the United States.